# Court of Appeals
# of the State of Georgia

ATLANTA,  December 30, 2022

*The Court of Appeals hereby passes the following order:*

## A23E0023. EMPLOYERS MUTUAL CASUALTY COMPANY v. GLORIA JEAN et al.

Employers Mutual Casualty Company ("EMC") has moved this Court, under Court of Appeals Rule 40 (b), to direct the trial court to reduce the amount of the supersedeas bond it ordered EMC to post in the underlying action arising from a car accident that resulted in multiple casualties and several lawsuits. Specifically, the trial court imposed a  $5,935,535.76 supersedeas bond on EMC, which includes the full amount of the jury's verdict in the underlying litigation "plus the sum total of additional expenses and time for the appeals process." But at the time of the accident, the defendants—who were insured by EMC—had both a primary and excess insurance policy, which provided for only $2,000,000 in liability limits combined. Furthermore, it appears EMC has already paid a portion of the policies' limits under settlement agreements reached in other cases arising from the same accident, at least one of which is being challenged by a conservator appointed in the case.[1] EMC contends that, as a result of these settlements, there is only $500,000 in uncontested liability limits available. Nevertheless, it is unclear from the trial court's order why it ordered EMC to post a supersedeas bond in excess of the liability limits under the

---

[1] It appears that one of the settlements at issue may have been reached after the trial court issued its supersedeas bond order.

relevant policies. As a result, based on an expedited review of the materials submitted by EMC in support of its motion, we grant the motion, VACATE the trial court's order and instruct it to reconsider the amount of supersedeas bond it imposed. Further, we REMAND the case for the trial court to provide a detailed explanation for the bond amount it ultimately imposes on EMC. We leave it to the trial court's discretion as to whether to hold a hearing on this matter.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  12/30/2022*

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*